SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO BRANCH

| | |
|---|---|
| WALTER LEE CHANEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 1:18-cv-00171-SKO<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO SERVE A CONFIDENTIAL LETTER BRIEF**<br><br>(Doc. 11) |

　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Confidential Letter Brief in the above-referenced case is hereby extended to the new due date of August 7, 2018.

　　　This extension (5 days) is requested because the writer has been traveling back and forth to Las Vegas for a hearing on another case and there have been some illness issues with staff.

///

///

| | |
|---|---|
| DATED: August 8, 2018 | */s/ Shellie Lott* |
| | Shellie Lott |
| | Attorney for Plaintiff |

| | |
|---|---|
| DATED: August 8, 2018 | McGREGOR W. SCOTT |
| | United States Attorney |
| | DEBORAH LEE STACHEL |
| | Regional Chief Counsel, Region IX |
| | |
| | */s/ Chantal Jenkins* |
| | CHANTAL JENKINS, |
| | (As authorized via E-mail on 8/7/18) |
| | Special Assistant U S Attorney |
| | Attorneys for Defendant |

## ORDER

On August 7, 2018, the parties filed the above "Stipulation Extending Plaintiff's Time to File a Confidential Letter Brief" (Doc. 11), six days after Plaintiff's confidential letter brief was to be served. (*See* Doc. 5.)

Although the Court may extend time to serve a document after the deadline has expired because of "excusable neglect," Fed. R. Civ. P. 6(b)(1)(B), no such excusable neglect has been articulated—much less shown—here. Notwithstanding this deficiency, given the absence of bad faith or prejudice to Defendant (as evidenced by the parties' agreement to the extension of time), and in view of the liberal construction of Fed. R. Civ. 6(b)(1) to effectuate the general purpose of seeing that cases are tried on the merits, see *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010), the Court GRANTS the parties' stipulated request. ***The parties are cautioned that future post hoc request for extensions of time will be viewed with disfavor.***

**IT IS HEREBY ORDERED** that Plaintiff is granted an extension of time to August 7, 2018, to serve his Confidential Letter Brief.

///

///

All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated: **August 8, 2018**  /s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE